# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 11-CR-672-01 (CCC) |
| v. | : | **WAIVER OF INDICTMENT** |
| SARFRAZ CHOUDHARY a/k/a "MUHAMMAD YAQOOB" | : | |

I, Sarfraz Choudhary, a/k/a "Muhammad Yaqoob," the above-named defendant, who is charged with procuring naturalization contrary to law, in violation of Title 18, United States Code, Section 1425, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on October 6, 2011 prosecution by indictment and consent that the proceeding may be by way of a Superceding Information rather than by indictment.

_____
Defendant Sarfraz Choudhary

_____
Joshua L. Dratel, Esq.
Counsel for Defendant

Before: _____
HONORABLE CLAIRE C. CECCHI
United States District Judge