UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                      Date: October 6, 2011

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: YVONNE DAVION

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 11-CR-672-01 (CCC)

Title of Case: U.S.A. v. SARFRAZ CHOUDHARY

Appearances: Andrew Kogan, AUSA, for the Government
             Joshua Dratel, Esq. for Defendant Choudhary
             Upi Sharma, Punjabi Interpreter

**Nature of Proceedings:**   Initial & Plea to an Information

Ordered Interpreter sworn.
Ordered defendant sworn.
Defendant advised of his rights.
Defendant pled guilty to Counts 1 of the Information.
Rule 11 form filed.
Plea agreement filed.
Ordered sentence date January 11, 2012 at 12:00PM.

Bail set for Defendant Choudhary: $50,000 unsecured appearnce bond with one co-signor, report to PTS, travel restrictions, etc.


Time Commenced  12:20 p.m.           Time Adjourned  12:50 p.m.


                                     *Jacquie Lambiase*
                                     Jacquie Lambiase, Deputy Clerk