UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: January 23, 2013

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: JOHN STONE

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 11-CR-672 (CCC)

Title of Case: U.S.A. v. SARFRAZ CHOUDHARY

Appearances:   Andrew Kogan, AUSA, for the Government
Joshua Dratel, Esq. for Defendant
Upi Sharma, Urdu Interpreter
Susan Smalley, U.S. Probation Officer

**Nature of Proceedings:** Sentence

Conference held.
Probation:  2 Years on Count 1
Special Conditions:
  1.  Gambling Restrictions
  2.  ICE
Special Assessment: $100.00 on Count 1 (due immediately)
Fine: waived
Deft. advised of right to appeal
Ordered Bail Continued

Time Commenced   11:10 a.m.                    Time Adjourned   11:30 a.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk