

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

| | |
|---|---|
| 970 Broad Street, 7th floor<br>Newark, New Jersey 07102 | 973-645-2700 |

December 30, 2014

United States District Court
Clerk's Office
Attn:  Michael Dixon
King Federal Building & US Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:  United States v. Choudhary, Sarfraz
         <u>Criminal No. 11-672</u>

Dear Mr. Dixon:

    Please be advised that this matter has been completed with respect to defendant Sarfraz Choudhary.  Kindly cancel your Personal Recognizance Bond recorded in the Venue of Newark as follows:

        **Recog No:**      NEW3844
        **Case No:**       11CR672
        **Amount:**       $50,000.00
        **Date Entered:**  10/6/2011

    Thank you for your assistance in this matter.

                                  Respectfully submitted,

                                  PAUL J. FISHMAN
                                  United States Attorney

                                  <u>s/Dennis Carletta</u>

                            By:  Dennis Carletta
                                 Assistant U.S. Attorney